No. 633. BRAINARD v. COMMISSIONER OF INTERNAL REVENUE. Certiorari, 302 U. S. 682, to the Circuit Court of Appeals for the Seventh Circuit. Argued March 9, 1938. Dismissed March 14, 1938, on motion of counsel for the petitioner. *Mr. John E. Hughes* for petitioner. *Mr. A. F. Prescott,* with whom *Acting Solicitor General Bell, Assistant Attorney General Morris, Mr. J. Louis Monarch* and also *Solicitor General Jackson* were on the briefs, for respondent.

Nos. 841 and 842. MASSEY v. FARMERS & MERCHANTS NATIONAL BANK & TRUST CO. ET AL. On petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit. March 28, 1938. Dismissed on motion of counsel for the petitioner. *Messrs. Robert H. McNeill, William Lemke,* and *John W. Cleaton* for petitioner. *Mr. R. Gray Williams* for respondents.

No. 146. UNITED STATES v. RAYNOR. January 31, 1938. 302 U. S. 540.

No. 147. UNITED STATES v. FOWLER. January 31, 1938. 302 U. S. 540.